```
RICHARD A. BESHWATE, JR., 179782
Attorney at Law
2014 Tulare Street Suite 414
Fresno, California 93721
(559) 266-5000

Attorney for Defendant
ROBERT COX
```

LODGED
JUN - 9 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
2005 JUN 13 P 12:52
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT COX, <br><br> Defendant. | CASE NO:  **01:05 CR 0162 AWI** <br><br> MOTION TO WITHDRAW <br><br> DATE: JUNE 13, 2005 <br> TIME: 9:00 A.M. <br> COURTROOM: <br> HON. ANTHONY W. ISHII |

Since the defendant, ROBERT COX is unable to retain the services of this attorney, it is requested that this attorney be allowed to withdraw as attorney of record. Said motion is based upon the attached declaration of Richard A. Beshwate, Jr.

**DECLARATION OF RICHARD A. BESHWATE, JR.**

1. I am an attorney licensed to practice in the above-entitled court.

2. I have been the attorney for ROBERT COX since May 20, 2005;

3. I have discussed the case with Mr. Cox and have also discussed the terms and conditions of an agreement for services in the above-entitled court.

4. To date, Mr. Cox has been unable to meet the terms and conditions of the agreement for services.

5. Mr. Cox has informed me that he will not be able to meet the aforementioned terms and conditions of the agreement in the foreseeable future and stated he

would be seeking the assistance of the Federal Defenders Office.

6. Under the circumstances, this attorney cannot continue to represent the defendant and requests that he be relieved as attorney for the defendant, Robert Cox.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on June 8 2005, at Fresno, California.

_____
RICHARD A. BESHWATE, JR.
Attorney at Law

It is so Ordered. Dated: 6-13-05

_____
United States Magistrate Judge