QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT CLOVIS COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>ROBERT CLOVIS COX,<br><br>　　　　　*Defendant*. | NO. 1:05-CR-0162 AWI<br><br>STIPULATION TO CONTINUE MOTIONS SCHEDULE, AND ORDER THEREON<br><br>Date:  November 28, 2005<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and responses thereto are continued as follows: Defendant's motions are to be filed on or before October 17, 2005, Government's responses, if any, are due on or before November 7, 2005, any reply motions, if any are due on or before November 14, 2005. The hearing on the motions currently scheduled for November 14, 2005, at 9:00 a.m., is continued to **November 28, 2005, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time to review additional discovery to be provided by the government and for further investigation.

The parties further agree that the failure of the court to grant such a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

1 | 18 U.S.C. § 3161(h)(1)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

|  |  |  |
|---|---|---|
|  |  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: October 3, 2005 | By: | /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: October 3, 2005 | By: | /s/ Roger K. Gappa<br>ROGER K. VEHRS<br>Attorney for John E. Lemmenes |
|  |  | QUIN DENVIR<br>Federal Defender |
| DATED: October 3, 2005 | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Robert Clovis Cox |

**ORDER**

IT IS SO ORDERED.  For the reasons stated in the stipulation above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i). IT IS SO ORDERED.

**Dated:    October 3, 2005**                       **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE