1   DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
2   ROBERT W. RAINWATER, Bar #67212
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, California  93721-2226
4   Telephone: (559) 487-5561

5   Attorney for Defendant
    ROBERT CLOVIS COX

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:05-CR-0162 AWI
                                       )
12                  Plaintiff,         )
                                       )   STIPULATION TO CONTINUE
13          v.                         )   STATUS CONFERENCE, AND ORDER
                                       )   THEREON
14  ROBERT CLOVIS COX,                 )
                                       )
15                  Defendant.         )   Date:  March 20, 2006
                                       )   Time:  9:00  a.m.
16  _____   )   Judge: Honorable Anthony W. Ishii

17

18

19                             **STIPULATION**

20          It is hereby stipulated by and between the parties hereto that the status conference in the above

21  entitled matter previously set for February 21, 2006, be continued to **March 20, 2006, at 9:00 a.m.**

22          The reason for this continuance is to allow counsel for defendant time for further preparation.

23          The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and

24  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

25  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the

26  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

27  diligence.

28  ///

McGREGOR W. SCOTT
United States Attorney

DATED: February 16, 2006          By:    /s/ David L. Gappa
                                         DAVID L. GAPPA
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DATED: February 16, 2006          By:    /s/ Roger K. Vehrs
                                         ROGER K. VEHRS
                                         Attorney for John E. Lemmenes


                                         QUIN DENVIR
                                         Federal Public Defender


DATED: February 16, 2006          By:    /s/ Robert W. Rainwater
                                         ROBERT W. RAINWATER
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Robert Clovis Cox


**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).

For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best

interest of the public and the defendants in a speedy trial.


IT IS SO ORDERED.

**Dated:   February 17, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                  UNITED STATES DISTRICT JUDGE