IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-05-00162 AWI |
| ) | |
| Plaintiff, ) | ORDER VACATING SEPTEMBER 5, 2007 |
| ) | HEARING AND RESETTING TO |
| ) | SEPTEMBER 21, 2007, AT 9:00 A.M. |
| ) | |
| v. ) | |
| ) | |
| ROBERT CLOVIS COX, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The court has reviewed and considered the stipulation of the parties to move the hearing date due to the need to accommodate a government witness.  Accordingly, the hearing that was previously scheduled for September 5, 2007, is VACATED.  The hearing now will be scheduled to resume on September 21, 2007, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:    August 21, 2007**               /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

1