IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-05-00162 AWI |
| ) | |
| Plaintiff, ) | **ORDER VACATING SEPTEMBER 21,** |
| ) | **2007, EVIDENTIARY SENTENCING** |
| v. ) | **HEARING AND MOVING HEARING TO** |
| ) | **NOVEMBER 28, 2007** |
| ) | |
| ROBERT CLOVIS COX, ) | |
| ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## ORDER

The court has reviewed and considered the stipulation of the parties to move the hearing date due to the unavailability of government counsel.  The hearing is now scheduled to resume on November 28, 2007, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 6, 2007**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE

1